FILED
 2010 Apr-26  PM 01:58
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **K.R., a minor, by and through his foster parent and next friend, ALBERT G.** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION NO.:** |
| **ETOWAH DEVELOPMENTAL ACADEMY, LLC, and SUE HOLLAND,** ) ) ) ) | **4:09-CV-1307-PWG** |
| **Defendants.** ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On March 26, 2010 the Magistrate Judge's Findings and Recommendation was filed. No objections have been filed by either the plaintiff or defendants pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  It is **ORDERED** that defendants' motion to dismiss (Doc. 6) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that it seeks the dismissal (1) of claims against both defendants under § 504 of the Rehabilitation Act and its implementing regulations

based upon the defendants' failure to provide the plaintiff with an education that is either "public" or "free"; and (2) of the claims against both defendants for fraud under Alabama state law.  It is **ORDERED** that the motion is **DENIED IN PART**, as it relates to the remaining claims, leaving viable the following: (1) all claims against both defendants under § 504 and its regulations based on allegations *other than* a right to an education that is either "public" or "free" and (2) the contract claims under Alabama law against both defendants.

      **DONE** this the 26th day of April, 2010.

                                                    **VIRGINIA EMERSON HOPKINS**
                                                    United States District Judge